UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WIEMER, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>DENISE RUBINO, an individual, and DOES 1-5,<br><br>Defendant. | No. 2:17-mc-105-TLN-EFB<br><br><br><br>ORDER AFTER HEARING |

This miscellaneous case was before the court on August 30, 2017, for hearing on defendant Denise Rubino's motion for contempt and sanctions, which the court construes as a motion to compel non-party Dan Wiemer to comply with a subpoena. ECF No. 1. Attorney Katharine Tremblay appeared on behalf of defendant; no appearance was made by Dan Wiemer.

For the reasons stated on the record, defendant's motion (ECF No. 1) is denied without prejudice to renewal.

DATED: September 1, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE